IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MARK REDDEN (Dallas Cty. Jail BookIn No. 17063252), | § § § § § § § § § § § | |
| Plaintiff, | | |
| V. | | No. 3:18-cv-2211-S |
| OFFICER PENLAND, ET AL., | | |
| Defendants. | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (the "FCR").

For the reasons explained in the FCR, the Court DENIES Plaintiff's motion to enjoin his state criminal proceedings [Dkt. No. 11].

And, because the proposed amended complaint [Dkt. No. 12] presents the same misjoinder issues identified in the FCR, the Court will take no action on it without prejudice to Plaintiff's filing a separate action against properly-joined defendants.

SO ORDERED this 11th day of October, 2018

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE